UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICANDRO GALAVIZ,<br><br>    Petitioner,<br><br>vs.<br><br>CALIFORNIA, ET AL.,<br><br>    Respondents. | Case No. CV 08-5672-ODW(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

  IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the habeas corpus petition and action without prejudice.

//

//

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and Judgment
3 by the United States mail on petitioner.

4

5 DATED:    November 9, 2009

6
                                    _____
7                                         OTIS D. WRIGHT II
                                      UNITED STATES DISTRICT JUDGE
8

9

10

11 R&Rs\08-5672.ado
   10/2/09
12