UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICANDRO GALAVIZ, | Case No. CV 08-5672-ODW(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| CALIFORNIA, ET AL., | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed without prejudice.

DATE: November 9, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

R&Rs\08-5672.jud
10/2/09